

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2025

No. 04-25-00340-CV

**IN RE** Vanessa Lynn **CLARK**

Original Proceeding[1]

## ORDER

Sitting:      Irene Rios, Justice
               Adrian A. Spears II, Justice
               Velia J. Meza, Justice

Relator filed her petition for writ of mandamus and emergency stay on May 29, 2025. Relator filed a supplemental advisory on June 10, 2025. This court has reviewed the petition, motion, record, and supplemental advisory. Having considered the foregoing and applying the applicable law, this court has determined that relator is not entitled to the relief requested. TEX. R. APP. P. 52.8(a). The petition for writ of mandamus and motion for emergency stay are **DENIED**.

It is so **ORDERED** on June 18, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 19-041, styled *In the interest of E.J.S., a Child*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.